WHEN RECORDED MAIL TO:

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY INC.<br><br>PLAINTIFF(S),<br>v.<br>TODD DISNER et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:21-mc-00577<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on April 08, 2021
in favor of NATIONWIDE JUDGMENT RECOVERY INC.
whose address is 8452 Katella Ave, Stanton CA 90680
and against DENH S SUTRANG
whose last known address is 8349 GARIBALDI AVE, SAN GABRIEL CA 91775
for $ 28,901.73     Principal, $ 2,454.05     Interest, $ 0     Costs,
and $ 0.00     Attorney Fees.

ATTESTED this _____ day of APR 1 6 2021 ,20 .
Judgment debtor's driver's license no. and state; _____ (last 4 digits) [X] Unknown.
Judgment debtor's Social Security number; 1375 (last 4 digits) [ ] Unknown.
[X] No stay of enforcement ordered by Court
[ ] Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

DENH S SUTRANG

8349 GARIBALDI AVE

SAN GABRIEL CA 91775

CLERK, U.S. DISTRICT COURT

By _____
         Deputy Clerk
Daniel Tamayo

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)     ABSTRACT OF JUDGMENT/ORDER